IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICK L. AMIE,** | 1:07-cv-00962-AWI-TAG HC |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |
| v. | |
| **RICHARD KIRKLAND,** | |
| Respondent. | (DOCUMENT #9) |

Respondent's first request for a thirty day extension of time to file a response (Doc. 9), was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file either a motion to dismiss or an answer to the petition within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **February 12, 2008**          /s/ Theresa A. Goldner
                                       UNITED STATES MAGISTRATE JUDGE

*Order*

1