1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT FOR THE

6                           EASTERN DISTRICT OF CALIFORNIA

7

8    ERICK L. AMIE,                          1:07-cv-0962-AWI-TAG (HC)

9              Petitioner,                    ORDER GRANTING PETITIONER'S
                                              REQUEST FOR EXTENSION OF TIME
10        vs.                                 TO FILE RESPONSE TO MOTION TO
                                              DISMISS
11   RICHARD KIRKLAND,
                                              (Doc. 12)
12             Respondent.
                                              THIRTY DAY DEADLINE
13   _____/

14        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

15   28 U.S.C. § 2254.  On March 31, 2008 , petitioner filed a motion to extend time to file his

16   response to Respondent's motion to dismiss.  (Doc. 12).  Good cause having been presented to

17   the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

18        Petitioner is granted thirty days from the date of service of this order in which to file his

19   response to the motion to dismiss.

20

21   IT IS SO ORDERED.

22   Dated:   **April 8, 2008**                          **/s/ Theresa A. Goldner**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28